# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

FRANK THOMAS BEASLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2711

————————————————

February 11, 2026

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.